UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVRETT W. COX III and NAN PING PENG, the natural parents of Nan Ping RAPHAEL COX, on behalf of their minor son and their own behalf,

          Plaintiffs,  **ELECTRONICALLY FILED**

 -against-        **Civil Case No.: 07 CIV 10682**
                  **BRIEANT**

WARWICK VALLEY CENTRAL SCHOOL DISTRICT, FRANK GREENHALL, SUPERINTENDENT OF SCHOOLS, DEBRA GIRARDI, SCHOOL PSYCHOLOGIST and JOHN J. KOLESAR, JR., PRINCIPAL, WARWICK MIDDLE SCHOOL,

          Defendants.

---

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for:

  Defendant  Warwick Valley Central School District;

  Defendant  Frank Greenhall;

  Defendant  Debra Girardi; and

  Defendant  John J. Kolesar, Jr.

 I certify that I am admitted to practice in this court.

DATED:  December 18, 2007

1

GIRVIN & FERLAZZO, P.C.

By: _____
Gregg T. Johnson
Bar Roll No.: GJ3348
Attorneys for Defendants
Office and P.O. Address
20 Corporate Woods Blvd.
Albany, New York 12211
Tel:   518-462-0300
Fax:   518-462-5037
Email: gtj@girvinlaw.com

TO:   Michael H. Sussman
      Bar Roll No.: MS3497
      Sussman Law Offices
      40 Park Place - P.O. Box 1005
      Goshen, New York   10924
      Tel:   845-294-3991
      Fax:   845-294-1623
      Email: sussman1@frontiernet.net

2