UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

EVRETT W. COX III and NAN PING PENG, the natural parents of Nan Ping RAPHAEL COX, on behalf of their minor son and their own behalf,

                              Plaintiffs,        **ELECTRONICALLY FILED**

-against-                                      **Civil Case No.: 07 CIV 10682**
                                                                       **BRIEANT**

WARWICK VALLEY CENTRAL SCHOOL DISTRICT, FRANK GREENHALL, SUPERINTENDENT OF SCHOOLS, DEBRA GIRARDI, SCHOOL PSYCHOLOGIST and JOHN J. KOLESAR, JR., PRINCIPAL, WARWICK MIDDLE SCHOOL,

                              Defendants.
_____

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.      Michael H. Sussman, Esq., Attorney for Plaintiffs, at sussman1@frontiernet.net

                                                              */s/ Loretta M. Glogowski*
                                                               Loretta M. Glogowski for
                                                               Gregg T. Johnson (GJ3348)