

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVRETT W. COX III and NAN PING PENG, the natural parents of Nan Ping RAPHAEL COX, on behalf of their minor son and their own behalf,

Plaintiffs,

-against-

WARWICK VALLEY CENTRAL SCHOOL DISTRICT, FRANK GREENHALL, SUPERINTENDENT OF SCHOOLS, DEBRA GIRARDI, SCHOOL PSYCHOLOGIST and JOHN J. KOLESAR, JR., PRINCIPAL, WARWICK MIDDLE SCHOOL,

Defendants.

ELECTRONICALLY FILED
Civil Case No.: 07 CIV 10682
BRIEANT

## STIPULATION & order

It is hereby stipulated and agreed, *by and between the undersigned, who are the attorneys of record for all parties in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action; that the deadline for Defendants to respond to Plaintiff's Complaint in the above-referenced matter is hereby extended until **January 11, 2008**.*

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: December 13, 2007

SUSSMAN & WATKINS

By: _____
Michael Sussman
Bar Roll No.: MS3497
Attorneys for Plaintiff
40 Park Place - P.O. Box 1005
Goshen, NY 10924
Tel.: (845)294-3991
Fax: (845)294-1623

Dated: December 14, 2007

GIRVIN & FERLAZZO, P.C.

By: _____
Gregg T. Johnson
Bar Roll No.: GJ3348
Attorneys for Defendants
20 Corporate Woods Boulevard
Albany, New York 12211
Tel.: (518) 462-0300
Fax: (518) 462-5037

SO ORDERED: December 18, 2007

_____
HON. CHARLES L. BRIEANT, U.S.D.J.

Received Time Dec. 13.  4:44PM



# GIRVIN & FERLAZZO, PC
### ATTORNEYS AT LAW

20 Corporate Woods Blvd.
Albany, New York 12211
tel: 518 462 0300
fax: 518 462 5037
www.girvinlaw.com

*Gregg T. Johnson*
*Partner*

*gtj@girvinlaw.com*

December 14, 2007

**<u>Via Facsimile Only</u>**
Honorable Charles L. Brieant
Judge, United States District Court
Southern District of New York
300 Quarropas Street - Room 275
White Plains, New York 10601

Re: <u>Cox v. Warwick Valley Central School District, et al.</u>
Civil Case No. 07-Civ-10682

Dear Judge Brieant:

    Please be advised that this firm has recently been engaged to defend the interests of the Defendants in the above referenced matter.

    As our clients have only recently provided us with the Complaint, and in view of the upcoming holidays, we have requested, and Plaintiffs' counsel has agreed, to extend Defendants' time to answer or respond to the Complaint until January 11, 2008. To memorialize that understanding, the parties have executed a Stipulation and attached such hereto. It is respectfully requested that Your Honor "So Order" this Stipulation and that the same be filed on the Docket. Formal Notices of Appearance will be filed shortly.

    Should the Court require any further information or documentation, please do not hesitate to contact us. Thank you for the Court's courtesies and attentions.

Respectfully submitted,

GIRVIN & FERLAZZO, P.C.

By: *Gregg Johnson*
Gregg T. Johnson
SIGNED IN THE WRITER'S ABSENCE TO AVOID DELAY

GTJ:dl
Attachment
cc: Michael Sussman, Esq.