UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVERETT W. COX III and NAN PING PENG, the natural parents of Nan Ping RAPHAEL COX, on behalf of their minor son and their own behalf,

                                      Plaintiffs,     **ELECTRONICALLY FILED**

    -against-                                **Civil Case No.:  07 CIV 10682**
                                                                           **BRIEANT**

WARWICK VALLEY CENTRAL SCHOOL DISTRICT, FRANK GREENHALL, SUPERINTENDENT OF SCHOOLS, DEBRA GIRARDI, SCHOOL PSYCHOLOGIST and JOHN J. KOLESAR, JR., PRINCIPAL, WARWICK MIDDLE SCHOOL,

                                      Defendants.

---

### CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2008, I electronically filed the foregoing Answer to the Complaint of Defendants with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    1.    Michael H. Sussman, Esq., Attorney for Plaintiffs, at sussman1@frontiernet.net

                                              /s/_____
                                              Debra Lewendon for
                                              Gregg T. Johnson (GJ3348)