UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVERETT W. COX III and NAN PING PENG, the natural parents of Nan Ping RAPHAEL COX, on behalf of their minor son and their own behalf,

           Plaintiffs,  **ELECTRONICALLY FILED**

-against-             Civil Case No.:  07 CIV 10682
                      **BRIEANT**

WARWICK VALLEY CENTRAL SCHOOL DISTRICT, FRANK GREENHALL, SUPERINTENDENT OF SCHOOLS, DEBRA GIRARDI, SCHOOL PSYCHOLOGIST and JOHN J. KOLESAR, JR., PRINCIPAL, WARWICK MIDDLE SCHOOL,

           Defendants.

---

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

  Defendant    Warwick Valley Central School District;

  Defendant    Frank Greenhall;

  Defendant    Debra Girardi; and

  Defendant    John J. Kolesar, Jr.

I certify that I am admitted to practice in this court.

DATED:  January 17, 2008

1

GIRVIN & FERLAZZO, P.C.

By: _____
Scott P. Quesnel
Bar Roll No.: SQ6461
Attorneys for Defendants
Office and P.O. Address
20 Corporate Woods Blvd.
Albany, New York 12211
Tel:   518-462-0300
Fax:   518-462-5037
Email: spq@girvinlaw.com

TO:   Michael H. Sussman
Bar Roll No.:  MS3497
Sussman Law Offices
40 Park Place - P.O. Box 1005
Goshen, New York   10924
Tel:   845-294-3991
Fax:   845-294-1623
Email: sussman1@frontiernet.net

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVERETT W. COX III and NAN PING PENG, the natural parents of Nan Ping RAPHAEL COX, on behalf of their minor son and their own behalf,

                          Plaintiffs,      **ELECTRONICALLY FILED**

-against-                           **Civil Case No.: 07 CIV 10682**
                                                     **BRIEANT**

WARWICK VALLEY CENTRAL SCHOOL DISTRICT, FRANK GREENHALL, SUPERINTENDENT OF SCHOOLS, DEBRA GIRARDI, SCHOOL PSYCHOLOGIST and JOHN J. KOLESAR, JR., PRINCIPAL, WARWICK MIDDLE SCHOOL,

                          Defendants.

---

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.     Michael H. Sussman, Esq., Attorney for Plaintiffs, at sussman1@frontiernet.net

                                                                    */s/ Debra Lewendon*
                                                                    Debra Lewendon for
                                                                    Scott P. Quesnel (SQ6461)

1