# SUSSMAN & WATKINS
- *Attorneys at Law* -

MICHAEL H. SUSSMAN
CHRISTOPHER D. WATKINS

40 PARK PLACE, P.O. BOX 1005
GOSHEN, NEW YORK 10924

(845) 294-3991
Fax: (845) 294-1623
sussman1@frontiernet.net

LEGAL ASSISTANTS
GEORGE FIGUEROA
VIRGINIA ESPOSITO

4/5/08

Hon. Charles Brieant
United States District Court
Southern District - NY
300 Quarropas Street
White Plains, NY 10601

re: Cox v. Warwick Valley CSD, 07 Civ 10682 (CLB)

Dear Judge Brieant,

We represent plaintiffs in this matter which challenges certain school district action against a student. The court held a Rule 16 conference and the parties agreed to exchange initial discovery demands by a date certain. We propounded our requests a few weeks after that date. Defendants' counsel, from an Albany law firm, has refused to respond to our discovery demands which were made well within the six months permitted for discovery. I have explained to counsel that these intermediate dates are not intended to preclude a party from thereafter propounding disocvery requests before the discovery cut-off." However, counsel has refused to alter his position and continues to refuse to comply with our requests. Counsel has also raised other unspecified objections to the requests.

Accordingly and to move this matter forward, I am respectfully requesting that Your Honor either refer discovery supervision to the assigned Magistrate Judge or promptly schedule a conference to settle these issues.

Thank you.

Respectfully,
/s/
Michael H. Sussman

cc: Gregg T. Johnson, Esq. [counsel for defendants] by fax to 518-462-5037

---

*Handwritten memo endorsement:* MEMO ENDORSED

The Court has scheduled a discovery conference for April 25, 2008 at 9:30 am. So Ordered. April 8, 2008. Charles L. Brieant, USDJ