# SUSSMAN & WATKINS
## - Attorneys at Law -

MICHAEL H. SUSSMAN
CHRISTOPHER D. WATKINS

40 PARK PLACE, P.O. BOX 1005
GOSHEN, NEW YORK 10924

LEGAL ASSISTANTS
GEORGE FIGUEROA
VIRGINIA ESPOSITO

(845) 294-3991
Fax: (845) 294-1623
sussman1@frontiernet.net

**VIA FACSIMILE 914-390-4085**

April 16, 2008

Honorable Charles Brieant
Attn: Alica Cama
U.S. District Court Federal Courthouse
300 Quarropas Street
White Plains, New York 10601

    RE:  Cox v. Warwick Valley CSD
           07 CIV 10682 (CLB)

Dear Ms. Cama:

Upon receipt of defendants' counsel's letter dated April 15th, informing us that their response to our Document and Interrogatory Requests would be delivered on or before May 12, 2008, we respectfully request an adjournment of the previously scheduled Court Discovery Conference of April 25th at 9:30 a.m.

Sincerely,

MICHAEL H. SUSSMAN
Attorney for Plaintiffs

Cc: Gregg T. Johnson
      Girvin & Ferlazzo PC

*[Handwritten stamp/endorsement: MEMO ENDORSED — Application Granted & Ordered. Charles L. Brieant J, 4-16-08, USDJ]*