# GIRVIN & FERLAZZO, PC
### ATTORNEYS AT LAW

20 Corporate Woods Blvd.
Albany, New York 12211
tel: 518 462 0300
fax: 518 462 5037
www.girvinlaw.com

Scott P. Quesnel
*Associate*

Spq@girvinlaw.com

May 9, 2008

*Via Facsimile Only*

Honorable Charles L. Brieant
Judge, United States District Court
Southern District of New York
300 Quarropas Street - Room 275
White Plains, New York 10601

**MEMO ENDORSED**
*Application granted
So Ordered
May 13, 2008
Charles L. Brieant
USDJ*

Re: Cox v. Warwick Valley Central School District, et al.
    Civil Case No. 07-Civ-10682

Dear Judge Brieant:

Defendants write to the Court to request additional time in which to conduct depositions and serve further interrogatories in the above-referenced matter.

The Civil Case Discovery Plan and Scheduling Order that is currently in place sets May 15, 2008 as the date by which all depositions must be completed and further interrogatories served. As a result of an initial discovery dispute, the parties have been unable to conduct depositions to date. However, that dispute has been resolved, and the parties intend to begin the deposition process in short order. Accordingly, we respectfully request that the Court extend the period for conducting depositions and serving further interrogatories by sixty (60) days. We would further request that all other deadlines set forth in the Civil Case Discovery Plan and Scheduling Order be extended by sixty (6) days as well. Prior to making this request to the Court, counsel for the Defendants communicated with counsel for the Plaintiffs, who joins in such request.

If the Court is amenable to this request, we respectfully request that this letter be "So Ordered" in the space provided. Thank you for the Court's courtesies and attentions to this matter.

Respectfully submitted,

GIRVIN & FERLAZZO, P.C.

By: _____
Scott P. Quesnel

SPQ:dl
cc: Michael Sussman, Esq.

SO ORDERED:

_____
Hon. Charles L. Brieant